```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND (GA Bar No. 153550)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Erin.highland@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA NER,<br><br>     Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No. 3:24-cv-2086-LJC<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from June 7, 2024, to July 8, 2024, for Defendant to respond to Plaintiff's Complaint (Dkt. No. 1).

This is Defendant's first request for an extension of time and good cause exists for this extension. In accordance with 42 U.S.C. § 405(g), the Commissioner files a certified copy of the transcript of the administrative record (CAR), including the evidence upon which the findings

and decisions complained of are based. Our office has been informed by the client agency, which is the Social Security Administration, Office of Appellate Operations, that the transcript is not yet ready. The client agency therefore needs more time to prepare an administrative record for the Court's review.

Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated:  June 4, 2024  /s/ Francesco Benavides
(*as authorized via email on 6/4/24)
Attorney for Plaintiff

Dated:  June 4, 2024  ISMAIL J. RAMSEY
United States Attorney

By: /s/ Erin Highland
ERIN HIGHLAND
Special Assistant U.S. Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  June 5, 2024

THE HONORABLE LISA J. CISNEROS
United States Magistrate Judge